UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Keisha Nicole Tomlinson

Case No.: 18-13478/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __May 8, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
841 Fordham Place
Glassboro, NJ
FMV - $239,322.00

Liens on property:   Select Portfolio - $228,529.00

Amount of equity claimed as exempt:  $12,060.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 18-13478-ABA
Keisha Nicole Tomlinson                                        Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2     Date Rcvd: Apr 10, 2018
                               Form ID: pdf905          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db           +Keisha Nicole Tomlinson,   841 Fordham Place,    Glassboro, NJ 08028-3012
cr           +Bank of America, N.A.,   c/o Saldutti Law Group,   800 N. Kings Highway,   Suite 300,
               Cherry Hill, NJ 08034-1511
517347013    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517347014    #+Antech Diagnostics,   17672B Cowan Avenue,   Irvine, CA 92614-6845
517347015   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
517347016    +Bank of America,   2745 South Delsea Drive,   Vineland, NJ 08360-7079
517347017   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citicorp,   P.O. Box 20507,   Kansas City, MO 64195)
517347018    +Cornerstone/AES,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
517347019    +Deptford Commons LLC,   48 E. Old Country Road,   Mineola, NY 11501-4639
517347021    +Estate of Sandra J. Fargher,   c/o Susan Crane,   112 Hipkins Road,   West Grove, PA 19390-9502
517347022    +Keisha N. Tomlinson LLC,   841 Fordham Place,   Glassboro, NJ 08028-3012
517347023    +Lavin O'Neil Cedrone & DiSipio,   190 North Independence Mall West,   Suite 500,
               Philadelphia, PA 19106-1557
517347024    +New Hope Wellness Center LLC,   1800 Clements Bridge Road,   Deptford, NJ 08096-2021
517347025    +Robert Saldutti,   800 N. Kings Highway,   Suite 300,   Cherry Hill, NJ 08034-1511
517437801     State Farm Bank,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517347027    +State Farm Financial S,   1 State Farm Plaza,   Bloomington, IL 61710-0001
517347028    +West Deptford Animal Hospital LLC,   841 Fordham Place,   Glassboro, NJ 08028-3012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517347020    +E-mail/Text: mrdiscen@discover.com Apr 10 2018 22:56:36     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
517347026    +E-mail/Text: jennifer.chacon@spservicing.com Apr 10 2018 22:58:36
               Select Portfolio Servicing,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
          Edward L. Paul   on behalf of Debtor Keisha Nicole Tomlinson elp@paulandkatzlaw.com,
           alexis@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
          Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Rebecca Ann Solarz   on behalf of Creditor   Towd Point Mortgage Trust 2017-FRE2
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Apr 10, 2018
                              Form ID: pdf905            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William F. Saldutti, III    on behalf of Creditor    Bank of America, N.A. wsaldutti@slgcollect.com, kcollins@slgcollect.com

                                                                                                                                TOTAL: 5