UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
William F. Saldutti, III, Esquire (WS5719)
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor, Bank of America, N.A.

Order Filed on April 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEISHA NICOLE TOMLINSON

Debtor.

Case No.:   18-13478-ABA

Chapter:   7

Hrg Date:   APRIL 17, 2018

Judge:   Andrew B. Altenburg, Jr.

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: April 17, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:  Keisha Nicole Tomlinson
Case No. 18-13478-ABA
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of BANK OF AMERICA, N.A., by and through counsel, Saldutti Law Group, pursuant to Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day **ORDERED**:

1. That the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below;

2. That the movant shall serve this order on the debtor(s), any trustee and any other party who entered an appearance on the motion;

3. That this Order shall be immediately effective pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure;

4. That the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

Description of Subject Property

**1044 Mantua Pike, Wenonah, Deptford Township, Gloucester County, New Jersey, also known as Block 423 Lot 3 on the tax map of the Township of Deptford, Gloucester County, New Jersey**